**Lewis E. AMOS, Appellant,**

v.

**Robin L. AMOS, Respondent.**

**No. ED 103673**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 30, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied July 13, 2017

Motion for Transfer to Supreme Court Denied October 5, 2017

FOR APPELLANT: Ron Ribaudo, 361C Quail View Drive, Ballwin, MO 63021.

FOR RESPONDENT: Mayra Flesner, Erika J. Wentzel, 820 South Main Street, Ste. 200, St. Charles, MO 63301.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Lewis E. Amos ("Father") appeals portions of the trial court's August 2015 modification judgment increasing the amount of child support he is ordered to pay Robin L. Amos ("Mother") for the parties' children, granting Mother sole physical custody of the parties' children, and ordering Father to pay a portion of Mother's attorney's fees. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The trial court's August 2015 modification judgment is affirmed under Rule 84.16(b).